

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00412-CV

**IN THE INTEREST OF S.P.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA01182
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
MCCRAY

In accordance with this court's opinion of this date, the order of termination is AFFIRMED. We order that no costs be assessed against appellant because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED October 29, 2025.

_____
Lori I. Valenzuela, Justice